NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

RISS AND COMPANY, Inc.

No. 14951.

United States Court of Appeals
Eighth Circuit.

Nov. 9, 1953.

David P. Findling, Associate General Counsel, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

John L. Harlan, Jr., St. Louis, Mo., for respondent.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

Robert CROWLEY, Appellant,

v.

UNITED STATES of America.

No. 14970.

United States Court of Appeals
Eighth Circuit.

Nov. 17, 1953.

E. C. Mogren, St. Paul, Minn., for appellant.

George E. MacKinnon, U. S. Atty., St. Paul, Minn., and Clifford Janes, Asst. U. S. Atty., Redwood Falls, Minn., for appellee.

Appeal from District Court docketed and dismissed, on motion of appellee.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. George S. WALLACE, Jr., R. P. Maclay, Edward T. Eversole, and John A. Eversole, co-partners, doing business as Star Mining Company.

No. 14950.

United States Court of Appeals
Eighth Circuit.

Nov. 9, 1953.

David P. Findling, Associate General Counsel, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Jackson F. Adams, St. Louis, Mo., for respondents.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

Floyd LOVE, Appellant,

v.

UNITED STATES of America.

No. 14971.

United States Court of Appeals
Eighth Circuit.

Nov. 17, 1953.

E. C. Mogren, St. Paul, Minn., for appellant.

George E. MacKinnon, U. S. Atty., St. Paul, Minn., and Clifford Janes, Asst. U. S. Atty., Redwood Falls, Minn., for appellee.

Appeal from District Court docketed and dismissed, on motion of appellee.